AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Central District of **UTAH**

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |

Ethan Jeffrey Collins

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Utah | District of Colorado | 2:21mj88 CMR | 21-mj-00018-KLM |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information X Complaint ☐ Other (specify)

**charging a violation of** 26 **U.S.C. §** 5861(d), (f) and (i), 5871

**DISTRICT OF OFFENSE**

District of Colorado

**DESCRIPTION OF CHARGES:**

Unlawful possession of firearm silencers; Unlawful manufacture of firearm silencers;
Possession of firearm silencers without a serial number

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify) Defendant elected to have detention hearing in Utah, government moved for detention and after hearing argument the court ordered Defendant released, which order was stayed by District of Colorado Stay Order.

**Representation:** ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** X No  ☐ Yes  Language: _____

**DISTRICT OF** District of Coloarado

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/8/2021                    *Cecilia M. Romero* (signature)
Date                         United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |